**John M. DUTTON, Plaintiff-Appellant,**

v.

**MUELLER & DRURY PC; et al., Defendants-Appellees.**

**No. 17-16202**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed January 23, 2018

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

John M. Dutton, Pro Se

Douglas V. Drury, Esquire, Attorney, Mueller & Drury, P.C., Mesa, AZ, for Defendants-Appellees

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

John M. Dutton appeals pro se from the district court's judgment dismissing his action alleging violations of the Fair Debt Collection Practices Act ("FDCPA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(b)(6). *Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1040 (9th Cir. 2011). We affirm.

The district court properly dismissed Dutton's action because Dutton failed to allege facts sufficient to show a qualifying "debt" and that Dutton is a "consumer" under the FDCPA. *See* 15 U.S.C. § 1692a(3), (5) (defining "consumer" and "debt" under the FDCPA).

The district court did not abuse its discretion by dismissing the complaint without leave to amend because amendment would be futile. *See Cervantes*, 656 F.3d at 1041 (setting forth standard of review and explaining that dismissal without leave to amend is proper when amendment would be futile); *see also Walls v. Wells Fargo Bank, N.A.*, 276 F.3d 502, 510-11 (9th Cir. 2002) (holding that an FDCPA claim based on an alleged violation of the Bankruptcy

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Code is precluded because the sole remedy "lies in the Bankruptcy Code").

We reject as unsupported by the record Dutton's contention that the district judge was biased.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.